(82 South. 893)

ATKINS v. PEEPLES. (4 Div. 791.) (Supreme Court of Alabama. June 10, 1919.) Appeal from Circuit Court, Covington County; A. B. Foster, Judge. W. L. Parks, of Troy, for appellant. A. Whaley, of Andalusia, for appellee.

PER CURIAM. Affirmed for want of assignments of error.

(84 South. 924)

Ex parte BAKER. SCOTTISH UNION & NATIONAL INS. CO. v. BAKER. (1 Div. 115.) (Supreme Court of Alabama. Oct. 30, 1919.) Certiorari to Court of Appeals. Armbrecht, Johnston & McMillan, of Mobile, for appellant. Smiths, Young & Leigh, of Mobile, for appellee.

MAYFIELD, J. Petition of Mary M. Baker for certiorari to the Court of Appeals to review and revise the judgment of said court, reversing the cause of Scottish Union & National Insurance Company v. Mary M. Baker, 84 South. 480. Writ denied.

(82 South. 893)

Ex parte BEASLEY. (3 Div. 410.) (Supreme Court of Alabama. June 26, 1919.) Certiorari to Court of Appeals. Goodwyn & McIntyre, of Montgomery, for appellant. Rushton, Williams & Crenshaw, of Montgomery, for appellee.

MAYFIELD, J. Application of Wilbur F. Beasley for certiorari to the Court of Appeals to review and revise the judgment of the said court reversing and remanding the cause of James S. Dowdell and E. B. Joseph v. Wilbur F. Beasley, 82 South. 40. Writ denied.

(82 South. 893)

Ex parte BENJAMIN. (3 Div. 413.) (Supreme Court of Alabama. June 26, 1919.) Certiorari to Court of Appeals. Tilley & Elmore and Brassell & Brassell, all of Montgomery, for appellant. J. Q. Smith, Atty. Gen., and Horace Wilkinson, Asst. Atty. Gen., for appellee.

MAYFIELD, J. Petition of Zach Benjamin for certiorari to the Court of Appeals to review and revise the judgment of the said court affirming the case of Zach Benjamin v. State of Alabama, 81 South. 855. Writ denied.

(83 South. 926)

BLOCH et al. v. BLOCH. (7 Div. 29.) (Supreme Court of Alabama. Oct. 15, 1919.)

Appeal from Circuit Court, Etowah County; Woodson Martin, Judge. Inzer & Inzer and Disque & Disque, all of Gadsden, for appellants. Dortch & Allen and O. R. Hood, all of Gadsden, for appellee.

PER CURIAM. Appeal dismissed by agreement of parties.

(84 South. 924)

BOWMAN v. PHŒNIX & THIRD NAT. BANK. (6 Div. 729.) (Supreme Court of Alabama. Nov. 27, 1919.) Appeal from Circuit Court, Jefferson County; J. H. Miller, Judge. Z. T. Rudolph, of Birmingham, for appellant. Tillman, Bradley & Morrow, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(84 South. 924)

Ex parte CANTER. (6 Div. 938.) (Supreme Court of Alabama. Dec. 18, 1919. Rehearing Denied Feb. 5, 1920.) Certiorari to Court of Appeals. W. M. Woodall, of Birmingham, for appellant. Charles W. Sanders, of Ensley, and Fred G. Moore, of Birmingham, for appellee.

SOMERVILLE, J. Petition by Ida Belle Canter for certiorari to the Court of Appeals to review and revise the judgment of said court, rendered in the cause of Ida Belle Canter v. F. O. Harris, 82 South. 580. Writ denied.

(82 South. 893)

Ex parte CARROLL. (8 Div. 196.) (Supreme Court of Alabama. June 5, 1919.) Certiorari to Court of Appeals. W. R. Walker, of Athens, for appellant. J. Q. Smith, Atty. Gen., for appellee.

GARDNER, J. Petition of Marshall Carroll for certiorari to Court of Appeals to review and revise the judgment of said court rendered in the case of Marshall Carroll v. State of Alabama, 81 South. 853. Writ denied.

(82 South. 893)

Ex parte CITIZENS' LOAN & SAVING CO. (6 Div. 929.) (Supreme Court of Alabama. June 26, 1919.) Weatherly, Deedmeyer & Birch and J. T. Glover, all of Birmingham, for appellant. Sterling A. Wood, of Birmingham, for appellee.

PER CURIAM. Petition by Citizens' Loan & Savings Company for certiorari to Court of Appeals to review and revise the judgment and decision of said court affirming the case of Citizens' Loan & Savings Co. v. H. B. Arwood, 81 South. 854. Writ denied.